

May 10, 2017

<u>Via Fax (585-613-4065)</u>

Hon. Michael A. Telesca
United States District Judge
100 State Street
Rochester, NY 14614

Re: <u>JDS Group Ltd. v. Metal Supermarkets Franchising American, Inc., No. 6:17-cv-6293</u>

Your Honor:

    Further to my conversations with your law clerk Colleen Holland, we represent the defendant in the reference action. We respectfully request leave to file a response to the pending motion for a temporary restraining order and preliminary injunction until May 19, 2017. My client represents to the Court that it will not seek to install or implement the Metal Tech system with respect to the plaintiff's franchised stores until at least May 30, 2017. If there is a further delay, we will so advise the Court.

Respectfully submitted,

*/s/ James C. Rubinger*

James C. Rubinger

cc: W. Michael Garner, Esq. (via email)
    Robert B. Calihan, Esq. (via email)

SO ORDERED

*/s/ Michael A. Telesca*
MICHAEL A. TELESCA
United States District Judge

DATE: May 10, 2017

Plave Koch PLC
12005 Sunrise Valley Drive, Suite 200
Reston, Virginia 20191
United States of America

www.PlaveKoch.com

James C. Rubinger
JRubinger@PlaveKoch.com
*direct phone* 703-774-1208
*direct fax* 703-774-1201